UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGNIESKA DWULIT,

                              Plaintiff,

              -against-

TACTICAL, SCRAPEFIX AND DEER
MANAGEMENT SYSTEMS LLC,

                              Defendant.

23-CV-8778 (JGLC)

**ORDER TO SHOW
CAUSE**

JESSICA G. L. CLARKE, United States District Judge:

On October 13, 2023, Defendants filed a motion to dismiss. *See* ECF No. 8. Plaintiff has

not submitted an opposition to this motion, which was due by October 27, 2023. Accordingly, it

is hereby ORDERED that, no later than November 10, 2023, Plaintiff shall show good cause in

writing why Defendant's motion should not be deemed unopposed. Failure to show such good

cause (or otherwise indicate an intention to proceed with the lawsuit) may result in Defendant's

motion being granted as unopposed or in dismissal of the case for abandonment or failure to

prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  November 6, 2023
           New York, New York

                                        SO ORDERED.

                                        JESSICA G. L. CLARKE
                                        United States District Judge