**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
AGNIESZKA DWULIT,

                              Plaintiff,

          -against-                                                    23 **CIVIL** 8778 (JGLC)

                                                                       **JUDGMENT**

TACTICAL, SCRAPEFIX AND DEER
MANAGEMENT SYSTEMS LLC A/K/A DEER
MANAGEMENT SYSTEMS LLC D/B/A
TACTACAM, INC.,

                              Defendants.
------------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated July 15, 2024, Defendant's motion to dismiss is

GRANTED and the Complaint is dismissed without prejudice, pursuant to Rule 12(b)(5).

Because the Court dismisses Plaintiff's case for improper service of process, under Rule 12(b)(5),

the Court declines to consider Defendant's arguments for dismissal under Rules 12(b)(2),

12(b)(4), and 12(b)(6); accordingly, the case is closed.

**Dated:**  New York, New York

        July 16, 2024

                                                       **DANIEL ORTIZ**
                                            _____
                                                  **Acting Clerk of Court**

                              **BY:**
                                            _____
                                                     **Deputy Clerk**